# CULLENandDYKMAN LLP

44 Wall Street
New York, New York 10005-2407
Telephone (212) 732-2000 • Facsimile (212) 571-2838

SAMIT G. PATEL
ASSOCIATE
DIRECT DIAL: (212) 510-2286
DIRECT FAX: (212) 825-1532
SPATEL@CULLENANDDYKMAN.COM

March 26, 2012

*Via Electronic Filing*

Magistrate Judge Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, New York 11722-9014

Re:   Kondaur Capital Corporation v. Cajuste
      Docket No. 11-CV-2627-WFK-GRB

Dear Judge Brown:

In accordance with Your Honor's directive on March 16, 2012, this letter is to inform the Court that the parties are available for a settlement conference on Thursday, April 26, 2012 and Friday, April 27, 2012, preferably after 11:00 AM. Please feel free to contact me with any questions. Thank you.

Respectfully yours,

Samit Patel

cc: Phil Curcio, Esq. – via Electronic Filing

*Founded 1850*

BROOKLYN          LONG ISLAND          MANHATTAN          WASHINGTON, D.C.          NEW JERSEY