UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KONDAUR CAPITAL CORPORATION

                Plaintiff,

- against -

SYNCIA CAJUSTE; NASSAU EDUCATORS FEDERAL CREDIT UNION; HUNTINGTON HOSPITAL a/k/a HUNTINGTON HOSPITAL ASSOCIATION; JOHN DOE #1 through 10, the names of the last ten defendants being fictitious and unknown to plaintiff, plaintiff intending to designate thereby persons or parties having or claiming to have an interest in or lien upon the described premises,

                Defendants.

**Docket No.:** 11-CV-02627-WFK-GRB

## **DECLARATION OF JOSEPH GHERARDI**

I, Joseph Gherardi, declare under penalty of perjury the truth of the following:

    1.    I am the Chief Executive Officer of North Shore Investors Realty Group, LLC ("North Shore") and am duly authorized to submit this declaration in support of North Shore's motion to substitute Plaintiff.

    2.    I am familiar with the matters referenced in the Complaint of this action and have personal knowledge of the facts asserted herein.

    3.    North Shore has purchased the entire loan which is the subject of this action from Plaintiff Kondaur Capital Corporation ("Kondaur").

    4.    Annexed hereto are true copies of the following exhibits evidencing North Shore's purchase of the entire loan from Plaintiff Kondaur Capital Corporation ("Kondaur") which is the subject of this action:

- Exhibit A- A true copy of the Sale Agreement which I personally executed to effectuate the purchase of said loan, however, the purchase price is redacted on said Agreement as it is commercially sensitive and irrelevant information;

- Exhibit B- A true copy of originals of the Mortgage, Assignment of Mortgage from Wells Fargo Bank, N.A. to Kondaur, and Assignment of Mortgage from Kondaur to North Shore executed on April 4, 2012 which has been sent to the Suffolk County Clerk's Office for recording;

- Exhibit C- A true copy of originals of the Note with endorsement from Wells Fargo to Kondaur, and the Allonge to Note from Kondaur to North Shore executed on April 4, 2012; and

- Exhibit D- A true copy of the original Assignment of Action which I personally executed on April 16, 2012.

5. North Shore is now the holder of the original note and mortgage and is entitled to prosecute this action in its own name as Plaintiff.

6. The Sale Agreement annexed hereto at Exhibit A evidences that the transaction was a sale of all of Kondaur's interest in the subject loan.

7. The Assignment of Action expressly provides for substitution of North Shore in the place of Kondaur and amendment of the caption to reflect same.

8. For the foregoing reasons, the reasons set forth in the annexed exhibits, and for all the reasons stated by North Shore's counsel, it is respectfully requested that this Court grant North Shore's motion for substitution in its entirety.

Dated: Jericho, New York  
April 26, 2012

North Shore Investors Realty Group, LLC

By: _____  
Joseph Gherardi  
Chief Executive Officer

Sworn to before me this  
26th day of April, 2012

_____  
Notary Public

IRA M. BIERMAN  
Notary Public, State of New York  
No. 02BI6220672  
Qualified in Nassau County  
Commission Expires 04/19/2014